UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Terrence Edward Smith                                    Docket No. 5:08-CR-102-1BO

**Petition for Action on Supervised Release**

COMES NOW Tiffany C. Peacock, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Terrence Edward Smith who upon an earlier plea of guilty to Felon in Possession of a Firearm in violation of 18 U.S.C § 922 (g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 24, 2010, to the custody of the Bureau of Prisons for a term of 70 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 24 months.

Terrence Edward Smith was released from custody on June 10, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
On September 23, 2015 and October 22, 2015 the offender submitted urine samples that both tested positive for marijuana. When confronted with the results, the defendant signed an admission of drug use. As a sanction for this conduct and in an effort to deter future drug use, we respectfully recommend that his supervision be modified to include a drug aftercare condition and three days in the custody of the Bureau of Prisons. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 3 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                                    I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton                                    /s/ Tiffany C. Peacock
Robert L. Thornton                                    Tiffany C. Peacock
Supervising U.S. Probation Officer                                    U.S. Probation Officer
                                    310 Dick Street
                                    Fayetteville, NC 28301-5730
                                    Phone: 910-354-2545
                                    Executed On: December 2, 2015

**ORDER OF THE COURT**
Considered and ordered this ____4____ day of _December_, 2015 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge